# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1812
LT Case Nos. 2016-MM-006383-A
2017-MM-001814
2017-MM-000757

_____

MICHAEL LEE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


3.850 appeal from the County Court for Lake County.
Sarah Jones, Judge.

Michael Lee, Fruitland Park, pro se.

No Appearance for Appellee.


February 27, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, WALLIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____